UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SEBIONE BOYD,

        Plaintiff,

vs.

DETROIT PUBLIC SCHOOLS, et al.,

        Defendants.
_____/

Case No. 12-11948

HON. GEORGE CARAM STEEH

## ORDER STRIKING DEFENDANT MOORE'S MOTION TO DISMISS [DOC. 12]

Defendant Larry Moore filed a letter with the court, requesting that he be dismissed from this lawsuit. The letter was docketed as a motion to dismiss but does not comply with the local rules as to either form or procedure. Furthermore, the motion does not provide the court or the opposing party with any factual or legal argument supporting the request for dismissal. Now, therefore,

IT IS HEREBY ORDERED that Mr. Moore's motion to dismiss is STRICKEN.

IT IS SO ORDERED.

Dated: June 4, 2012

        S/George Caram Steeh
        GEORGE CARAM STEEH
        UNITED STATES DISTRICT JUDGE

---

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on June 4, 2012, by electronic and/or ordinary mail on Mr. Larry R. Moore, 21554 Hidden Rivers Drive, Southfield, MI 48075.

s/Barbara Radke
Deputy Clerk