IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SEBIONE BOYD, and
DAJAH STURGES,

      Plaintiffs,

v.

DETROIT PUBLIC SCHOOLS,
a Michigan municipal corporation,
LARRY MOORE, LAYNE HUNT,
GLADYS WALLACE, CONNIE K.
CALLOWAY, and TERESA GUEYSER,
in their individual and official capacities,

      Defendants.

Case No. 12-11948

Hon. George Caram Steeh

---

Teresa J. Gorman (P61001)
Teresa J. Gorman PLLC
Attorneys for Plaintiffs
30555 Southfield Road, Suite 400
Southfield, Michigan 48076
Tel: (248) 223-9922
Fax: (248) 223-9933
terigorman@aol.com

Kenneth J. Hardin II (P44681)
Hardin Thompson, P.C.
Attorneys for Plaintiffs
30555 Southfield Road, Suite 400
Southfield, Michigan 48076
Tel: (248) 593-1400
kenhardin@hardinlawpc.net

Phyllis Hurks-Hill (P48809)
Detroit Public Schools
Attorneys for Detroit Public Schools, Layne Hunt,
Gladys Wallace, and Connie K. Calloway
3011 West Grand Blvd., 10th Floor
Detroit, MI 48202
Tel: (313) 873-0223
Fax; (313) 873-4564
phyllis.hurks-hill@detroitk12.org

Miller, Canfield, Paddock and Stone, P.L.C.
Jerome R. Watson (P27082)
Michelle P. Crockett (P61830)
Charles T. Oxender (P57440)
Attorneys for Defendants
Detroit Public Schools, Layne Hunt,
Gladys Wallace and Connie K. Calloway
150 W. Jefferson, Suite 2500
Detroit, Michigan 48226
(313) 963-6420
watson@millercanfield.com

Todd F. Flood (P58555)
Flood Lanctot Connor Stablein, PLLC
Attorneys for Defendant Teresa Gueyser
401 North Main Street
Royal Oak, MI 48067
Tel: (248) 547-1032
tflood@floodlaw.com

Larry R. Moore, in pro per
21554 Hidden Rivers Drive
Southfield, MI 48075
Tel: (248) 228-8011
    (248) 228-4137

## STIPULATION OF CONSENT JUDGMENT

The above-named parties, Sebione Boyd, Dajah Sturges, Detroit Public Schools, Layne Hunt, Gladys Wallace, and Connie K. Calloway, (Collectively referenced herein as "the Parties"), through their respective attorneys, stipulate to the entry of Consent Judgment in favor of Plaintiffs Sebione Boyd and Dajah Sturges ("Plaintiffs") and against Defendant Detroit Public Schools ("Detroit Public Schools" or "DPS")in the amount of Five Hundred Thousand ($500,000) Dollars in the above-entitled proceeding, United States Federal District Court for the Eastern District of Michigan, Case No. 12-11948, pending before the Hon. George Caram Steeh. Defendant Larry Moore is not a party to this Consent Judgment, and this Consent Judgment does not resolve the claims against him.

The Parties stipulate that this Consent Judgment shall be inclusive of all costs, attorney fees, and interest.

The Parties stipulate that this Consent Judgment constitutes a Judgment described in Sections 27A.6094 and 27A.6097 of the Michigan Revised Judicature Act, being MCL 600.6094 and 600.6097, and Section 1643 of the Michigan Revised School Code, being MCL 380.1643 and Detroit Public Schools shall have the right to utilize the means of raising money described in Section 27A.6094, 27A.6097 or Section 1643 to and including Section 1644 to pay or finance all or a portion of the cost of this Judgment, payable from the general funds of DPS and the proceeds of any taxes which Detroit Public Schools may be authorized to levy within statutory and constitutional limitations.

The parties stipulate that upon the entry of this Consent Judgment, the Judgment amount described above shall not become a lien on Defendant Detroit Public School's property located

in Michigan, as Michigan statutory law, specifically MCL 380.1642, expressly prohibits the issuance of execution on a judgment against a school district.

The parties stipulate that Plaintiffs have waived the appeal period for this Judgment, that DPS will submit the Consent Judgment for placement on the tax rolls on or before May 1, 2013, and that payment will be made to Plaintiffs and Plaintiffs' counsel on or before September 15, 2013.

The parties further stipulate that the Court may forthwith execute and enter the Consent Judgment attached hereto.

Respectfully submitted:

| | |
|---|---|
| Teresa J. Gorman PLLC | MILLER, CANFIELD, PADDOCK AND STONE, P.L.C. |
| By:  /s/ Teresa J. Gorman (w/consent)<br>    Teresa J. Gorman (P61001) | By:  /s/ Jerome R. Watson<br>    Jerome R. Watson (P27082) |
| Dated: | Detroit Public Schools<br>Office of the General Counsel |
| Hardin Thompson, P.C. | By:  /s/ Phyllis Hurks-Hill (w/consent)<br>    Phyllis Hurks-Hill (P48809) |
| By:  /s/ Kenneth J. Hardin (w/consent)<br>    Kenneth J. Hardin II (P44681) | Attorneys for Defendants, Detroit Public Schools, Layne Hunt, Gladys Wallace and Connie K. Calloway |
| Attorneys for Plaintiff | |
| Dated: April 15, 2013 | Dated: April 15, 2013 |

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SEBIONE BOYD, and
DAJAH STURGES,

        Plaintiffs,

Case No. 12-11948

Hon. George Caram Steeh

v.

DETROIT PUBLIC SCHOOLS,
a Michigan municipal corporation,
LARRY MOORE, LAYNE HUNT,
GLADYS WALLACE, CONNIE K.
CALLOWAY, and TERESA GUEYSER,
in their individual and official capacities,

        Defendants.

---

Teresa J. Gorman (P61001)
Teresa J. Gorman PLLC
Attorneys for Plaintiffs
30555 Southfield Road, Suite 400
Southfield, Michigan 48076
Tel: (248) 223-9922
Fax: (248) 223-9933
terigorman@aol.com

Kenneth J. Hardin II (P44681)
Hardin Thompson, P.C.
Attorneys for Plaintiffs
30555 Southfield Road, Suite 400
Southfield, Michigan 48076
Tel: (248) 593-1400
kenhardin@hardinlawpc.net

Phyllis Hurks-Hill (P48809)
Detroit Public Schools
Attorneys for Detroit Public Schools, Layne Hunt,
Gladys Wallace, and Connie K. Calloway
3011 West Grand Blvd., 10th Floor
Detroit, MI 48202
Tel: (313) 873-0223
Fax; (313) 873-4564
phyllis.hurks-hill@detroitk12.org

Miller, Canfield, Paddock and Stone, P.L.C.
Jerome R. Watson (P27082)
Michelle P. Crockett (P61830)
Charles T. Oxender (P57440)
Attorneys for Defendants
Detroit Public Schools, Layne Hunt,
Gladys Wallace and Connie K. Calloway
150 W. Jefferson, Suite 2500
Detroit, Michigan 48226
(313) 963-6420
watson@millercanfield.com

Todd F. Flood (P58555)
Flood Lanctot Connor Stablein, PLLC
Attorneys for Defendant Teresa Gueyser
401 North Main Street
Royal Oak, MI 48067
Tel: (248) 547-1032
tflood@floodlaw.com

Larry R. Moore, in pro per
21554 Hidden Rivers Drive
Southfield, MI 48075
Tel: (248) 228-8011
    (248) 228-4137

## CONSENT JUDGMENT

Having been duly advised that the above-named parties, Sebione Boyd, Dajah Sturges, Detroit Public Schools, Layne Hunt, Gladys Wallace, and Connie K Calloway, (Collectively referenced herein as "the Parties") have resolved their differences in the above-captioned matter and have agreed to entry of Consent Judgment in favor of Plaintiffs Sebione Boyd and Dajah Sturges and against Defendant Detroit Public Schools in the amount of Five Hundred Thousand ($500,000) Dollars, and the Court being otherwise advised in the premises:

NOW THEREFORE:

IT IS HEREBY ORDERED that Consent Judgment is entered in the amount of Five Hundred Thousand ($500,000) Dollars in favor of Sebione Boyd and Dajah Sturges and against Defendant Detroit Public Schools ("Detroit Public Schools" or "DPS").  Defendant Larry Moore is not a party to this Consent Judgment, and this Consent Judgment does not resolve the claims against him.  This Consent Judgment shall be inclusive of all costs, attorney fees, and interest.

**IT IS FURTHER ORDERED** that this Consent Judgment constitutes a Judgment as described in Sections 27A.6094 and 27A.6097 of the Michigan Revised Judicature Act, being MCL 600.6094 and 600.6097, and Section 1643 of the Michigan Revised School Code, being MCL 380.1643, and DPS shall have the right to utilize the means of raising money described in Section 27A.6094, 27A.6097 or Section 1643 to and including Section 1644 to pay or finance all or a portion of the cost of this Judgment, payable from the general funds of the Detroit Public Schools and the proceeds of any taxes which DPS may be authorized to levy within statutory and constitutional limitations.

**IT IS FURTHER ORDERED** that upon the entry of this Consent Judgment, the Judgment amount described above shall not become a lien on Detroit Public School's property

-3-

located in Michigan, as Michigan statutory law, specifically MCL 380.1642, expressly prohibits the issuance of execution on a judgment against a school district.

IT IS FURTHER ORDERED, upon the agreement of the parties, that Plaintiffs have waived the appeal period for this Consent Judgment, that Detroit Public Schools shall submit the Consent Judgment for placement on the tax rolls on or before May 1, 2013, and that payment will be made to Plaintiffs and Plaintiffs' attorneys on or before September 15, 2013.

s/George Caram Steeh
United States District Judge

Dated: April 16, 2013