UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SEBIONE BOYD and
DAJAH STURGES,

       Plaintiffs,                 CIVIL ACTION NO. 12-11948

       v.                        DISTRICT JUDGE GEORGE CARAM STEEH

LARRY MOORE and
TERESA GUEYSER,

       Defendants.
_____/

## ORDER

On this date the parties and counsel appeared for a court-ordered settlement conference.  Plaintiffs' counsel and defendant Moore, pro se, agreed to conduct an examination of Mr. Moore, under oath, relative to his income, assets and liabilities.

Accordingly, the court orders Larry Moore to appear for his deposition at the United States Courthouse, 231 W. Lafayette, Room 238, Detroit, MI 48226, on Tuesday, May 21, 2013, at 10 am.  Mr. Moore shall bring to the deposition his Federal and State Tax Returns for the years 2008, 2009, 2010, 2011 and 2012; also he shall bring documents including any bank statements, stocks, bonds, investments accounts or assets of any nature, life insurance policies and statements, automobile titles, evidence of real property in which he holds any interest and any accounts evidencing any other assets or liabilities in which Mr. Moore holds an interest.

Plaintiffs are hereby permitted independent discovery of Mr. Moore's assets and liabilities for an evaluation of his potential ability to satisfy a judgment in this case, so

that they may consider whether to proceed to trial or voluntarily dismiss.  The court finds such discovery appropriate and in the interest of justice.

    IT IS SO ORDERED.

Dated:  May 15, 2013

                                                      s/George Caram Steeh
                                                      GEORGE CARAM STEEH
                                                      UNITED STATES DISTRICT JUDGE

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on May 15, 2013, by electronic and/or ordinary mail and personally hand delivered to defendant Moore.

s/Barbara Radke
Deputy Clerk